JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **471** -- IN RE LYNN L. AUGSPURGER PATENT LITIGATION

| Date | No. | Pleading Description |
|---|---|---|
| 81/04/29 | 1 | MOTION/SCHEDULE/BRIEF -- American Embroys, Inc. for transfer of actions pursuant to 28 U.S.C. §1407. w/cert. of svc. SUGGESTED TRANSFEREE DISTRICT: N.D. Illinois  SUGGESTED TRANSFEREE JUDGE: |
| 81/05/11 | | APPEARANCE -- Edward J. Chalfie, Esq. for Robert Miller and American Embroyos, Inc.  (rew) |
| 81/05/11 | 2 | APPEARANCE AND NO OBJECTION STATEMENT -- plaintiff Lynn L. Augspurger, (rew) |
| 81/05/18 | 3 | LETTER OF CORRECTION -- Movant American Embroys, Inc. and Robert Miller to correct civil action number of A-1 w/cert of svc. (rew) |
| 81/05/28 | | HEARING ORDER -- Setting litigation for hearing held on June 25, 1981, in Salt Lake City, Utah. (ds) |
| 81/06/25 | | WAIVER OF ORAL ARGUMENT FOR 6/25/81 HEARING SALT LAKE CITY, UT. Edward J. Chalfie, Esq. for American Embroys, Inc. and Robert Miller (Waive); Lynn L. Augspurger (Waive) |
| 81/07/17 | | CONSENT OF TRANSFEREE DISTRICT COURT for assignment of litigation to the Honorable John F. Grady for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (eaf) |
| 81/07/17 | | TRANSFER ORDER -- transferring litigation to the N. D. Ill. for assignment to the Hon. John F. Grady for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Notified involved counsel, clerks judges and recipients. (eaf) |

JPML Form 1

Revised: 8/78

DOCKET NO. 471 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LYNN L. AUGSPURGER PATENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| June 25, 1981 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 17, 1981 | TO | | N.D. Ill. | John F. Grady | |

Special Transferee Information

DATE CLOSED: Dec 28, 1982

JPML FORM 1                              LISTING OF INVOLVED ACTIONS

DOCKET NO. 471 -- IN RE LYNN L. AUGSPURGER PATENT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Lynn L. Augspurger v. Robert Miller | N.D.Ill. Grady | 81 C 0818 | | | 12/28/82 | |
| A-2 | Lynn L. Augspurger v. American Embryos, Inc. | W.D.Mich. Gibson | G 81-80 CA1 | 7/17/81 | 81C0858 | 12/28/82 | |

*July 1983 - Litigation Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 471 --   In re Lynn L. Augspurger Patent Litigation

---

LYNN L. AUGSPURGER (A-1, A-2)
Lynn L. Augspurger, Esquire
642 Fairfax
Birmingham, Michigan   48009

ROBERT MILLER
AMERICAN EMBROYS, INC.
Edward J. Chalfie, Esquire
~~McWilliams, Mann & Zummer~~
53 West Jackson Boulevard
Suite 1215
Chicago, Illinois   60604

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 471 -- IN RE LYNN L. AUGSPURGER PATENT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Robert Miller | A-1 |
| American Embryos, Inc. | A-2 |